CHARLES H. KAVANAUGH, in Behalf of Himself and Other Stockholders of the COMMONWEALTH TRUST COMPANY OF NEW YORK, Respondent, *v.* COMMONWEALTH TRUST COMPANY OF NEW YORK, Defendant, and CHARLES W. WETMORE et al., Appellants, Impleaded with Others.

*Kavanaugh* v. *Commonwealth Trust Co.*, 120 App. Div. 902, affirmed.
(Argued February 17, 1908; decided March 3, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 27, 1907, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in a stockholder's action to recover for the benefit of the corporation damages from former directors thereof alleged to have been occasioned by their neglect.

The following question was certified: " Does the complaint of the plaintiff state facts sufficient to constitute a cause of action against the defendants Charles W. Wetmore and Charles F. Brooker ? "

*Francis D. Pollak* for appellants.

*Edgar T. Brackett* for respondent.

Order affirmed, with costs ; question certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.